UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KEITH LANDRY and JOSETTE LANDRY**                                        **PLAINTIFFS**

V.                                               CIVIL ACTION NO.1:06CV941 LTS-RHW

**KATHLEEN R. SMITH;**
**WORLDWIDE INSURANCE & SAVINGS AGENCY, INC.;**
**WORLDWIDE INSURANCE & SAVINGS AGENCY #2, INC.;**
**VOYAGER INDEMNITY INSURANCE COMPANY; and**
**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA**        **DEFENDANTS**

ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' claims against American Bankers Insurance Company of Florida are hereby **DISMISSED WITHOUT PREJUDICE**;

That the plaintiffs' claims against Worldwide Insurance & Savings Agency, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**;

That the plaintiffs' claims against Worldwide Insurance & Savings Agency #2, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**;

That the plaintiffs' claims against Kathleen R. Smith are hereby **DISMISSED WITHOUT PREJUDICE** for failure to timely serve process;

That the plaintiffs' motion [17] to amend the complaint is hereby **DENIED**;

That the plaintiffs' motion [19] for extension of time to file service by publication is hereby **DENIED**; and

That the plaintiffs' motion [6] to remand is hereby **DENIED**.

**SO ORDERED** this 4th day of January, 2007.

s/L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge